951 A.2d 263

James ANDERSON, Petitioner

v.

COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Penna., Respondent.

No. 199 EM 2007.

Supreme Court of Pennsylvania.

June 24, 2008.

## ORDER

Petition for Writ of Mandamus and/or Extraordinary Relief

PER CURIAM.

**AND NOW,** this 24th day of June, 2008, Application for Leave to File Original Process is **GRANTED.** The Petition for Writ of Mandamus and/or Extraordinary Relief and the Motion to Seek Leave of the Court to Supplement the Record are **DENIED.**